

"UNDER SEAL"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

AUG 0 6 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07cr78 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEROMINO MORALES LOPEZ | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 6th day of August, 2007.

_____
MAGISTRATE JUDGE